| | |
|---|---|
| James R. Batchelder (CSB # 136347) <br> Andrew T. Radsch (CSB # 303665) <br> ROPES & GRAY LLP <br> 1900 University Ave., Sixth Floor <br> East Palo Alto, CA 94303-2284 <br> Tel: (650) 617-4000 <br> Fax: (650) 617-4090 <br> james.batchelder@ropesgray.com <br> andrew.radsch@ropesgray.com <br><br> Attorneys for Plaintiff and Counter-Defendant <br> PALO ALTO NETWORKS, INC. <br><br> Alan M. Fisch (*pro hac vice*) <br> alan.fisch@fischllp.com <br> R. William Sigler (*pro hac vice*) <br> bill.sigler@fischllp.com <br> Jeffrey M. Saltman (*pro hac vice*) <br> jeffrey.saltman@fischllp.com <br> FISCH SIGLER LLP <br> 5301 Wisconsin Avenue NW <br> Suite 400 <br> Washington, DC 20015 <br> Tel: 202.362.3500 <br> Fax: 202.362.3501 <br><br> Ken K. Fung (SBN: 283854) <br> ken.fung@fischllp.com <br> FISCH SIGLER LLP <br> 400 Concar Drive <br> San Mateo, CA 94402 <br> Tel: 650.362.8207 <br> Fax: 202.362.3501 <br><br> Counsel for Defendant <br> Juniper Networks, Inc. | Brian A. E. Smith (SBN 188147) <br> Joseph J. Fraresso (SBN 289228) <br> BARTKO ZANKEL BUNZEL & MILLER <br> One Embarcadero Center, Suite 800 <br> San Francisco, California 94111 <br> Tel: (415) 956-1900 <br> Email: bsmith@bzbm.com <br> Email: jfraresso@bzbm.com <br><br> Counsel for Plaintiff, Defendant, and Counterclaimant <br> PACKET INTELLIGENCE LLC <br><br> [Additional counsel listed on signature page] |

-1-

**JOINT STATUS REPORT**   CASE NOS. 3:19-CV-02471-WHO, 3:19-CV-04741-WHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALO ALTO NETWORKS, INC., ) <br> ) <br> Plaintiff and Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> PACKET INTELLIGENCE LLC, ) <br> ) <br> Defendant and Counterclaimant. ) <br> ) | Case No. 3:19-cv-02471-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **JOINT STATUS REPORT** |
| PACKET INTELLIGENCE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Juniper Networks, Inc., ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:19-cv-04741-WHO <br><br> Assigned to: Hon. William H. Orrick <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's September 29, 2023 Order Requiring Status Report (Dkt. 98 in the *Palo Alto Networks* case and Dkt. 90 in the *Juniper* case),[1] Plaintiff and Counter-Defendant Palo Alto Networks, Inc. ("Palo Alto Networks"), Defendant Juniper Networks, Inc. ("Juniper"), and Plaintiff, Defendant, and Counterclaimant Packet Intelligence LLC ("Packet") (collectively, the "Parties"), provide this Joint Status Report regarding the status of the related *inter partes* review

---

[1] Case No. 3:19-cv-02471-WHO will be referred to as "the *Palo Alto Networks* case" and case No. 3:19-cv-04741 will be referred to as "the *Juniper* case."

-2-

**JOINT STATUS REPORT**  CASE NOS. 3:19-CV-02471-WHO, 3:19-CV-04741-WHO

("IPR") and *ex parte* reexamination ("EPR") proceedings in the *Palo Alto Networks* and *Juniper* cases.[2]

On September 14, 2022, the Parties filed a Joint Status Report (Dkt. 97, in the *Palo Alto Networks* case and Dkt. 87 in the *Juniper* case) ("September 2022 Joint Status Report"), explaining that all claims asserted in the litigation were subject to appeals from IPRs, or subject to EPR proceedings. Those IPR appeals and EPR proceedings remain ongoing. The Parties provide updates on each below.

<u>Updates Concerning Pending Appeals of *Inter Partes* Reviews</u>

IPRs were previously instituted on four of the five patents in suit (with the fifth patent, the asserted '099 patent, being subject to EPR proceedings). The PTAB held unpatentable (i) all challenged claims of the asserted '725 and '751 patents, (ii) all but one of the challenged claims of the asserted '646 patent (dependent claim 3), and (iii) all but one of the challenged claims of the asserted '789 patent (dependent claim 34). Packet appealed and Palo Alto Networks and Juniper cross-appealed.

Since the September 2022 Joint Status Report, the Parties have completed briefing in the consolidated appeals of the IPRs at the Federal Circuit and await the scheduling of oral argument. The Parties expect oral argument to occur in late 2023 or early 2024.

<u>Updates Concerning Pending *Ex Parte* Reexaminations</u>

Since the September 2022 Joint Status Report, on November 18, 2022, the USPTO issued a final office action rejecting '646 claim 3 as being unpatentable for non-statutory obviousness-type double patenting. On March 17, 2023, Packet filed a Notice of Appeal to the PTAB and on May 17, 2023, filed its Appeal Brief. The PTAB will hear oral argument in the appeal on November 16, 2023.

---

[2] There are five patents in both cases: U.S. Pat. Nos. 6,651,099 ("'099 patent"), 6,665,725 ("'725 patent"), 6,771,646 ("'646 patent"), 6,839,751 ("'751 patent"), and 6,954,789 ("'789 patent").

With respect to the two EPR proceedings concerning the asserted claims of the '099 patent, since the September 2022 Joint Status Report, on August 24, 2023, the USPTO issued a non-final office action in the two merged EPR proceedings, rejecting claims 1, 2, 4, and 5 as being unpatentable for non-statutory obviousness-type double patenting, and also rejecting claims 1, 2, and 4 as being obvious over the prior art. Packet's response to the office action is due on November 24, 2023.

*       *       *

In summary, all claims asserted in the litigation remain subject to ongoing appeals from IPRs and/or ongoing EPR proceedings (or appeals therefrom) at the USPTO.

Dated: October 13, 2023

By: /s/ Andrew T. Radsch

James R. Batchelder (CSB # 136347)
Andrew T. Radsch (CSB # 303665)
ROPES & GRAY LLP
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
james.batchelder@ropesgray.com
andrew.radsch@ropesgray.com

Attorneys for Plaintiff and Counter-Defendant
PALO ALTO NETWORKS, INC.

Dated: October 13, 2023

By: /s/ Jeffrey M. Saltman

Alan M. Fisch (*pro hac vice*)
alan.fisch@fischllp.com
R. William Sigler (*pro hac vice*)
bill.sigler@fischllp.com
Jeffrey M. Saltman (*pro hac vice*)
jeffrey.saltman@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

Dated: October 13, 2023

By: /s/ R. Allan Bullwinkel

Brian A. E. Smith (SBN 188147)
Joseph J. Fraresso (SBN 289228)
BARTKO ZANKEL BUNZEL & MILLER
One Embarcadero Center, Suite 800
San Francisco, California 94111
T: 415-956-1900
Email: bsmith@bzbm.com
Email: jfraresso@bzbm.com

Jonathan T. Suder (*Pro Hac Vice*)
Dave R. Gunter (*Pro Hac Vice*)
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
T: 817-334-0400
F: 817-334-0401
jts@fsclaw.com
gunter@fsclaw.com

Michael F. Heim (*Pro Hac Vice*)
Robert Allan Bullwinkel (*Pro Hac Vice*)
Christopher M. First (*Pro Hac Vice*)
HEIM, PAYNE & CHORUSH, LLP
1111 Bagby Street, Suite 2100
Houston, Texas 77002
T: 713-221-2000
F: 713-221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com

-5-

| | | |
|---|---|---|
| 1 | Ken K. Fung (SBN: 283854) | cfirst@hpcllp.com |
| 2 | *ken.fung@fischllp.com*<br>FISCH SIGLER LLP | Counsel for Plaintiff, Defendant, and Counterclaimant |
| 3 | 400 Concar Drive<br>San Mateo, CA 94402 | PACKET INTELLIGENCE LLC |
|   | Tel: 650.362.8207 | |
| 4 | Fax: 202.362.3501 | |
| 5 | Counsel for Defendant<br>Juniper Networks, Inc. | |

## ATTESTATION

I am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: October 13, 2023                    /s/ R. Allan Bullwinkel
                                           R. Allan Bullwinkel